# **EXHIBIT B**

**(Notice of Potential Assumption)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| COMCAR INDUSTRIES, INC., *et al.*,[1] | : | Case No. No. 20-11120(LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Dkt. No. __** |

---------------------------------------------------------------x

**NOTICE OF (I) CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES POTENTIALLY TO BE ASSUMED AND ASSIGNED AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES REGARDING THE PRIVATE SALE OF CERTAIN ASSETS OF CCC TRANSPORTATION, LLC AND COMMERCIAL TRUCK AND TRAILER SALES, INC.**

**PLEASE TAKE NOTICE** that on May 22, 2020, Comcar Industries, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Sell Substantially all of the Assets of CCC Transportation, LLC and Commercial Truck and Trailer Sales, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing the Debtors to Sell Certain Real Estate and Improvements Thereon Located in Auburndale, Florida; (III) Authorizing the Debtors to Take All Actions Necessary to Consummate the Private Sale; (IV) Authorizing the Debtors to Assume and Assign Certain Executory Contracts; (V) Approving Bidder Protections; and (VI) Granting Related Relief* [D.I. [  ]] (the "Motion") for entry of an order (i) authorizing the Debtors to enter into a definitive Purchase Agreement (the "Purchase Agreement"), which will include the material terms set forth in that certain Letter of Intent, dated May 17, 2020, by and between CCC Transportation, LLC and Commercial Truck and Trailer Sales, Inc., and CWI Logistics, an affiliate of Commercial Warehousing, Inc. ("the "Purchaser"); (ii) authorizing the private going concern sale of substantially all of the assets (the "Acquired Assets") of the Sellers, (iii) authorizing the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 9th Place Newberry, LLC (0359); 16th Street Pompano Beach, LLC (0278); CCC Spotting, LLC (0342); CCC Transportation, LLC (1058); Charlotte Avenue Auburndale, LLC (2179); Coastal Transport, Inc. (2918); Coastal Transport Logistics, LLC (7544); Comcar Industries, Inc. (8221); Comcar Logistics, LLC (2338); Comcar Properties, Inc. (9545); Commercial Carrier Corporation (8582); Commercial Carrier Logistics, LLC (7544); Commercial Truck and Trailer Sales Inc. (0722); Cortez Blvd. Brooksville, LLC (2210); CT Transportation, LLC (0997); CTL Distribution, Inc. (7383); CTL Distribution Logistics, LLC (7506); CTL Transportation, LLC (0782); CTTS Leasing, LLC (7466); Detsco Terminals, Inc. (9958); Driver Services, Inc. (3846); East Broadway Tampa, LLC (2233); East Columbus Drive Tampa, LLC (3995); Fleet Maintenance Services, LLC (1410); MCT Transportation, LLC (0939); Midwest Coast Logistics, LLC (7411); Midwest Coast Transport, Inc. (0045); New Kings Road Jacksonville, LLC (4797); Old Winter Haven Road Auburndale, LLC (4738); W. Airport Blvd. Sanford, LLC (0462); Willis Shaw Logistics, LLC (7341); WSE Transportation, LLC. The corporate headquarters and the mailing address for the Debtors listed above is 8800 Baymeadows Way West, Suite 200, Jacksonville, Florida 32256.

Debtors to take all actions necessary to consummate the transactions contemplated by the Purchase Agreement and related documents and agreements required to be executed with the closing of the sale transaction, (iv) authorizing the Debtors to assume certain executory contracts and unexpired leases (the "Executory Contracts" and "Unexpired Leases, as applicable), and to assign the Executory Contracts and Unexpired Leases to the Purchaser pursuant to the Purchase Agreement and the order approving the sale; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are providing this notice because you and one or more of the Debtors are party to one or more of the various executory contracts and unexpired leases set forth on **Exhibit 1** to this notice, which Executory Contracts and Unexpired Leases may be assumed and assigned to the Purchaser in connection with the proposed sale of the Acquired Assets.

**PLEASE TAKE FURTHER NOTICE** that **Exhibit 1** sets forth the amount the Debtors' records reflect is owing to cure any and all monetary defaults under each Executory Contract and Unexpired Lease (each amount, a "Cure Amount") to permit the assumption and assignment of each Executory Contract and Unexpired Lease pursuant to section 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' books and records reflect that all postpetition amounts owing under each Executory Contract and Unexpired Lease have been paid and will continue to be paid and no other defaults exist under the Executory Contracts and Unexpired Leases and, therefore, amounts due and owing since the Petition Date are not included in the Cure Amount for each Executory Contract and Unexpired Lease.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Cure Amounts set forth on **Exhibit 1** or to the possible assumption and assignment of any Executory Contract or Unexpired Lease to the Purchaser, as applicable, will be heard at the Sale Hearing (as defined below) (the "Objection Deadline"), or any subsequent hearing to which the matter may be adjourned. Service of any objections prior to the Sale Hearing should be made to (i) counsel to the Debtors, (a) Stuart M. Brown, DLA Piper LLP (US), 1201 North Market Street, Wilmington, Delaware 19801, (b) Jamila J. Willis, 1251 Avenue of the Americas, New York, NY 10020; (ii) counsel to the DIP Lender and the Prepetition Term Loan Lender, (a) James Ktsanes, Latham & Watkins LLP, 330 N. Wabash Avenue, Suite 2800, Chicago, Illinois 60611, (b) Brett M. Neve, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, and (c) Andrew Magaziner, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801; (iii) counsel to the Purchaser, Mark A. Scudder, Scudder Law Firm, P.C., 411 South 13th Street, Second Floor Lincoln, Nebraska 68508 (Attn: Mark A. Scudder); (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Lockbox 35, Wilmington, Delaware 19801 (Attn: Linda J. Casey); (v) counsel for the Prepetition ABL Agent, (a) Nan B. Braley, Greenberg Traurig, LLP, 2200 Ross Avenue, Suite 5200, Dallas, Texas 75201 and (b) Dennis A. Meloro, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801; and (vi) counsel to the DIP Agent and the Prepetition Term Loan Agent, Gregg Bateman and Y. Daphne Coelho-Adam, Seward & Kissel, LLP, One Battery Park Plaza, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that all objections to the Cure Amount or possible assumption and assignment of any Executory Contract or Unexpired Lease must (i) be in writing, (ii) conform to the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules, (iii) state with particularity the legal and factual basis for the objection and the specific grounds for such objection, and (iv) if challenging the Cure Amount, set forth the cure amount being claims with appropriate documentation in support of such amount.

**PLEASE TAKE FURTHER NOTICE** that any timely filed objections that cannot be resolved will be heard at a hearing to be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 on **June 19, 2020 at 10:00 a.m. (prevailing Eastern time)** (**the "Sale Hearing"**).

**PLEASE TAKE FURTHER NOTICE** that the failure to file an objection on or before the Objection Deadline shall (i) forever bar any objections to the Cure Amount or the assertion that any additional or other amounts are due and owing, (ii) be deemed as consent to the assumption, assignment, and/or transfer of each Executory Contract and Unexpired Lease to the Purchaser, and (iii) forever bar and estop any assertion or claim against the Debtors or Purchaser that any additional amounts are due or defaults exist, or conditions to assumption, assignment, and/or transfer must be satisfied, or that any right or benefit under each Executory Contract or Unexpired Lease cannot or will not be available to the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and the Purchaser shall present evidence necessary to demonstrate adequate assurance of future performance by the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the presence of an Executory Contract or Unexpired Lease on **Exhibit 1** to this notice does not constitute an admission that such contract, lease, or other agreement is an executory contract or unexpired lease, or that such contract, lease, or other agreement will be assumed by the Debtors, and assigned to and assumed by the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that if an Executory Contract or Unexpired Lease is finally determined to be assumed and assigned to the Purchaser, a separate notice of such assumption and assignment will be provided to you.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed with the Court in connection with the above-captioned chapter 11 cases are available for free on the website of the court-appointed claims and noticing agent in these chapter 11 cases, Donlin, Recano & Company, at www.donlinrecano.com/comcar.

[*Remainder of page intentionally left blank*]


| | |
|---|---|
| Dated: [     ], 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>*/s/ Stuart M. Brown*<br>Stuart M. Brown (DE 4050)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br><br>-and-<br><br>Jamila Justine Willis (admitted *pro hac vice*<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: jamila.willis@us.dlapiper.com<br><br>*Proposed Counsel to the Debtors* |

# EXHIBIT 1

**(Cure Schedule)**