# EXHIBIT C

**(Notice of Assumption and Assignment)**

EAST\174098898

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
    COMCAR INDUSTRIES, INC., *et al.*,[1]       : Case No. No. 20-11120(LSS)
                                                      :
    Debtors.                                    : (Jointly Administered)
                                                      :
                                                      : **Re: Dkt. No. __**
---------------------------------------------------------------x

### NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF CCC TRANSPORTATION, LLC AND COMMERCIAL TRUCK AND TRAILER SALES, INC.

**PLEASE TAKE NOTICE** that on May 22, 2020, Comcar Industries, Inc. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Sell Substantially all of the Assets of CCC Transportation, LLC and Commercial Truck and Trailer Sales, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing the Debtors to Sell Certain Real Estate and Improvements Thereon Located in Auburndale, Florida; (III) Authorizing the Debtors to Take All Actions Necessary to Consummate the Private Sale; (IV) Authorizing the Debtors to Assume and Assign Certain Executory Contracts; (V) Approving Bidder Protections; and (VI) Granting Related Relief* [D.I. [ ]] (the "Motion") for entry of an order (i) authorizing the Debtors to enter into a definitive Purchase Agreement (the "Purchase Agreement"), which will include the material terms set forth in that certain Letter of Intent, dated May 17, 2020, by and between CCC Transportation, LLC and Commercial Truck and Trailer Sales, Inc., and CWI Logistics, an affiliate of Commercial Warehousing, Inc. ("the "Purchaser"); (ii) authorizing the private going concern sale of substantially all of the assets of the Sellers, (iii) authorizing the Debtors to take all actions necessary to consummate the transactions contemplated by the Purchase Agreement and related documents and agreements required to be executed with the closing of the sale transaction, (iv) authorizing the Debtors to assume certain executory contracts and unexpired leases (the "Assumed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 9th Place Newberry, LLC (0359); 16th Street Pompano Beach, LLC (0278); CCC Spotting, LLC (0342); CCC Transportation, LLC (1058); Charlotte Avenue Auburndale, LLC (2179); Coastal Transport, Inc. (2918); Coastal Transport Logistics, LLC (7544); Comcar Industries, Inc. (8221); Comcar Logistics, LLC (2338); Comcar Properties, Inc. (9545); Commercial Carrier Corporation (8582); Commercial Carrier Logistics, LLC (7544); Commercial Truck and Trailer Sales Inc. (0722); Cortez Blvd. Brooksville, LLC (2210); CT Transportation, LLC (0997); CTL Distribution, Inc. (7383); CTL Distribution Logistics, LLC (7506); CTL Transportation, LLC (0782); CTTS Leasing, LLC (7466); Detsco Terminals, Inc. (9958); Driver Services, Inc. (3846); East Broadway Tampa, LLC (2233); East Columbus Drive Tampa, LLC (3995); Fleet Maintenance Services, LLC (1410); MCT Transportation, LLC (0939); Midwest Coast Logistics, LLC (7411); Midwest Coast Transport, Inc. (0045); New Kings Road Jacksonville, LLC (4797); Old Winter Haven Road Auburndale, LLC (4738); W. Airport Blvd. Sanford, LLC (0462); Willis Shaw Logistics, LLC (7341); WSE Transportation, LLC. The corporate headquarters and the mailing address for the Debtors listed above is 8800 Baymeadows Way West, Suite 200, Jacksonville, Florida 32256.

Contracts"), and to assign the Assumed Contracts to the Purchaser pursuant to the Purchase Agreement and the order approving the sale; and (v) granting related relief..

**PLEASE TAKE FURTHER NOTICE** that the Debtors are providing this notice because you are one a counterparty to one of the Assumed Contracts, which are set forth in **Exhibit 1** attached hereto.

**PLEASE TAKE FURTHER NOTICE**, that a hearing to approve the sale is set to be held before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 on **June 19, 2020 at 10:00 a.m. (prevailing Eastern time)**.

**PLEASE TAKE FURTHER NOTICE**, that, upon approval of the sale, the assumption by the Debtors and assignment to the Purchaser of the Assumed Contracts will be approved.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed with the Court in connection with the above-captioned chapter 11 cases are available for free on the website of the court-appointed claims and noticing agent in these chapter 11 cases, Donlin, Recano & Company, at www.donlinrecano.com/comcar.

Dated:  [        ], 2020  
            Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/  Stuart M. Brown  
Stuart M. Brown (DE 4050)  
1201 North Market Street, Suite 2100  
Wilmington, Delaware 19801  
Telephone: (302) 468-5700  
Facsimile:  (302) 394-2341  
Email: stuart.brown@us.dlapiper.com

-and-

Jamila Justine Willis (admitted *pro hac vice*  
1251 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 335-4500  
Facsimile:  (212) 335-4501  
Email: jamila.willis@us.dlapiper.com

*Proposed Counsel to the Debtors*

# **EXHIBIT 1**

**(Schedule of Executory Contracts and Unexpired Leases)**

EAST\174101091