## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| COMCAR INDUSTRIES, INC.,[1] | Case No. 20-11120 (LSS) |
| Debtor. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR JUNE 19, 2020 AT 10:00 A.M. (EDT)[2]

> **THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO. ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN JUNE 19, 2020 AT 8:30 A.M. (EDT) TO SIGN UP. ADDITIONALLY, ANYONE WISHING TO APPEAR BY ZOOM IS INVITED TO USE THE LINK AT THE BOTTOM OF THIS NOTICE. ALL PARTIES THAT WILL BE ARGUING OR TESTIFYING MUST APPEAR BY ZOOM AND COURTCALL.**
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**MATTERS WITH CERTIFICATION OF COUNSEL (COC):**

1.    Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [D.I. 4].

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 9th Place Newberry, LLC (0359); 16th Street Pompano Beach, LLC (0278); CCC Spotting, LLC (0342); CCC Transportation, LLC (1058); Charlotte Avenue Auburndale, LLC (2179); Coastal Transport, Inc. (2918); Coastal Transport Logistics, LLC (7544); Comcar Industries, Inc. (8221); Comcar Logistics, LLC (2338); Comcar Properties, Inc. (9545); Commercial Carrier Corporation (8582); Commercial Carrier Logistics, LLC (7544); Commercial Truck and Trailer Sales Inc. (0722); Cortez Blvd. Brooksville, LLC (2210); CT Transportation, LLC (0997); CTL Distribution, Inc. (7383); CTL Distribution Logistics, LLC (7506); CTL Transportation, LLC (0782); CTTS Leasing, LLC (7466); Detsco Terminals, Inc. (9958); Driver Services, Inc. (3846); East Broadway Tampa, LLC (2233); East Columbus Drive Tampa, LLC (3995); Fleet Maintenance Services, LLC (1410); MCT Transportation, LLC (0939); Midwest Coast Logistics, LLC (7411); Midwest Coast Transport, Inc. (0045); New Kings Road Jacksonville, LLC (4797); Old Winter Haven Road Auburndale, LLC (4738); W. Airport Blvd. Sanford, LLC (0462); Willis Shaw Logistics, LLC (7341); WSE Transportation, LLC.  The corporate headquarters and the mailing address for the Debtors listed above is 8800 Baymeadows Way West, Suite 200, Jacksonville, Florida 32256.

[2]    Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at www.donlinrecano.com/comcar.

**Related Documents:**

A.    Interim Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [D.I. 81].

B.    Certification of Counsel Regarding Matrix Seal Motion [D.I. 198].

C.    Final Order Authorizing the Debtors to File Under Seal Portions of the Debtors' Consolidated Creditor Matrix Containing Certain Individual Creditor Information [D.I. 217].

**Responses Received:** None to date.

**Status:**    An order has been entered on this matter. Therefore, no hearing is necessary.

2.    Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay Prepetition Obligations with Respect Thereof and (II) Granting Related Relief [D.I. 8].

**Related Documents:**

A.    Interim Order (I) Authorizing the Debtors to Continue Their Insurance Policies and Pay Prepetition Obligations in Respect Thereof and (II) Granting Related Relief [D.I. 82].

**Responses Received:** None to date.

**Status:**    An agreed proposed order will be submitted under Certification of Counsel prior to the hearing.

3.    Motion of the Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Service [D.I. 9].

**Related Documents:**

A.    Interim Order (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [D.I. 83].

B.    Certification of Counsel Regarding Final Order on Utility Motion [D.I. 196].

**Responses Received:** None to date.

**Status:**    An agreed to proposed order has been submitted under Certification of Counsel. Unless the Court has questions, the proposed order may be entered.

4.      Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes [D.I. 10].

**Related Documents:**

A.      Interim Order Authorizing the Debtors to Pay Certain Prepetition Taxes [D.I. 84].

B.      Certification of Counsel Regarding Final Order on Tax Motion [D.I. 197].

C.      Final Order Authorizing the Debtors to Pay Certain Prepetition Taxes [D.I. 216].

**Responses Received:** None to date.

**Status:**     An order has been entered on this matter.  Therefore, no hearing is necessary.

5.      Motion of the Debtors for the Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Prepetition Obligations to Certain Critical Vendors and (B) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendors Obligations [D.I. 11].

**Related Documents:**

A.      Interim Order (A) Authorizing the Debtors to Pay Prepetition Obligations to Certain Critical Vendors and (B) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendor Obligations [D.I. 85].

B.      Certification of Counsel Regarding Final Order on Critical Vendor Motion [D.I. 200].

C.      Final Order (A) Authorizing The Debtors To Pay Prepetition Obligations To Certain Critical Vendors And (B) Authorizing Banks To Honor And Process Checks And Transfers Related To Such Critical Vendors Obligations [D.I. 218].

**Responses Received:** None to date.

**Status:**     An order has been entered on this matter.  Therefore, no hearing is necessary.

6.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs and (II) Authorizing and Directing Banks and Certipay to Honor and Process Checks and Transfers Related to Such Employee Obligations [D.I. 13].

**Related Documents:**

A.      Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefits Programs and (II) Authorizing and Directing Banks and Certipay to Honor and Process Checks and Transfers Related to Such Employee Obligations [D.I. 73].

B.      Certification of Counsel Regarding Final Order on Employee Wage Motion [D.I. 192].

C.      Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefits Programs and (II) Authorizing and Directing Banks and Certipay to Honor and Process Checks and Transfers Related to Such Employee Obligations [D.I. 214].

**Responses Received:** None to date.

**Status:**    An order has been entered on this matter. Therefore, a hearing is not necessary.

7.      Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtors; Cash Management System; (II) Authorizing Continued Intercompany Transfers Among Debtors, and (III) Granting Related Relief [D.I. 14].

**Related Documents:**

A.      Interim Order (I) Authorizing the Continue Use of the Debtors' Cash Collateral System, (II) Authorizing Continued Intercompany Transfers Among Debtors and (III) Granting Related Relief [D.I. 77].

B.      Certification of Counsel Regarding Final Order on Cash Management Motion [D.I. 191].

C.      Final Order (I) Authorizing the Continue Use of the Debtors' Cash Collateral System, (II) Authorizing Continued Intercompany Transfers Among Debtors and (III) Granting Related Relief [D.I. 215].

**Responses Received:** None to date.

**Status:**    An order has been entered on this matter. Therefore, a hearing is not necessary.

8.      Motion for Entry of an Order Approving the Debtors' Key Employee Retention Plan [D.I. 104].

**Related Documents:**

A.      Notice of Filing Redacted Exhibit B to Motion for Entry of an Order Approving the Debtors' Key Employee Retention Plan [D.I. 163].

**Responses Received:** None to date.

**Status:**    An agreed proposed order will be submitted prior to the hearing under Certification of Counsel.

9.      Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Key Employee Retention Plan [D.I. 105].

**Related Documents:** None.

**Responses Received:** None to date.

    **Status:**    An agreed proposed order will be submitted prior to the hearing under Certification of Counsel.

10.    Motion of the Debtors for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 130].

    **Related Documents:**

    A.    Certification of Counsel Regarding Interim Compensation Motion [D.I. 185].

    B.    Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 213].

    **Responses Received:** None to date.

    **Status:**    An order has been entered for this matter.  Therefore, no hearing is necessary.

11.    Application of Debtors for Entry of an Order (I) Authorizing Them to Retain and Employ DLA Piper LLP (US) as Counsel, *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [D.I. 131].

    **Related Documents:**

    A.    Supplemental Declaration of Stuart M. Brown in Support of Application of the Debtors for Entry of an Order (I) Authorizing Them to Retain and Employ DLA Piper LLP (US) as Counsel, *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [D.I. 171].

    B.    Certification of Counsel Regarding DLA Piper Retention Application [D.I. 186].

    C.    Order Granting Application of the Debtors for Entry of an Order (I) Authorizing Them to Retain and Employ DLA Piper LLP (US) as Counsel, *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [D.I. 208].

    **Responses Received:** None to date.

    **Status:**    An order has been entered for this matter.  Therefore, no hearing is necessary.

12.    Debtors' Application for Entry of an Order Authorizing the Debtors to Retain and Employ Donlin, Recano & Company, Inc. as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 132].

    **Related Documents:**

    A.    Certification of Counsel Regarding DRC 327 Application [D.I. 188].

B.     Supplemental Declaration of Nellwyn Voorhies in Support of the Debtors' Application for Entry of an Order Authorizing the Debtors to Retain and Employ Donlin, Recano & Company, Inc. as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 193].

C.     Order Granting Debtors' Application for Entry of an Order Authorizing the Debtors to Retain and Employ Donlin, Recano & Company, Inc. as Administrative Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 212].

**Responses Received:** None to date.

**Status:**     An order has been entered for this matter.  Therefore, no hearing is necessary.

13.     Application of Debtors for Entry of an Order Authorizing the Debtors Employ Hunton Andrews Kurth LLP as Special Counsel for Real Estate and Related Matters *Nunc Pro Tunc* as of the Petition Date [D.I. 133].

**Related Documents:**

A.     Certification of Counsel Regarding Hunton Application [D.I. 187].

B.     Order Authorizing the Debtors to Employ Hunton Andrews Kurth LLP as Special Counsel for Real Estate and Related Matters Effective *Nunc Pro Tunc* as of the Petition Date [D.I. 209].

**Responses Received:** None to date.

**Status:**     An order has been entered for this matter.  Therefore, no hearing is necessary.

14.     Application of Debtors to Retain and Employ Bluejay Advisors, LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date [D.I. 134].

**Related Documents:**

A.     Certification of Counsel Regarding Bluejay Application [D.I. 190].

B.     Supplemental Declaration of Disinterestedness of Billy Hart in Support of the Application of the Debtors to Employ and Retain Bluejay Advisors, LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date [D.I. 207].

C.     Order Authorizing the Debtors to Employ and Retain Bluejay Advisors, LLC as Investment Banker *Nunc Pro Tunc* to the Petition Date [D.I. 211].

**Responses Received:** None to date.

**Status:**     An order has been entered for this matter.  Therefore, no hearing is necessary.

15.     Application of Debtors to (I) Employ FTI Consulting, Inc. as Financial Advisor, (II) Designating Andrew Hinkelman as Debtors' Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date and (III) Granting Related Relief [D.I. 135].

**Related Documents:**

A.      Declaration of Andrew Hinkelman in Support of Application of the Debtors to (I) Employ FTI Consulting, Inc. as Financial Advisor, (II) Designating Andrew Hinkelman as Debtors' Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date and (III) Granting Related Relief [D.I. 136].

B.      Certification of Counsel Regarding FTI Consulting Application [D.I. 184].

C.      Order (I) Authorizing the Debtors to (I) Employ FTI Consulting, Inc. (II) Designating Andrew Hinkelman as Debtors' Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date, and (III) Granting Related Relief [D.I. 210].

**Responses Received:** None to date.

**Status:**     An order has been entered for this matter.  Therefore, no hearing is necessary.

16.     Motion of the Debtors for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim, Including Section 503(b)(9) Claims, (II) Applications for Allowance of Administrative Expenses, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [D.I. 158].

**Related Documents:**

A.      Notice of Filing Exhibit [D.I. 161].

B.      Certification of Counsel Regarding Bar Date Motion [D.I. 189].

**Responses Received:** None to date.

**Status:**     An agreed proposed order has been submitted under Certification of Counsel. This matter will go forward.

17.     Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal Key Employee Incentive Plan and Related Motion to Approve [D.I. 155].

**Related Documents:** None.

**Responses Received:**

A.      United States Trustee's Objection to Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal Key Employee Incentive Plan and Related Motion to Approve [D.I. 173].

      **Status:**    An agreed proposed order will be submitted under Certification of Counsel prior to the hearing.

## MATTERS GOING FORWARD:

18. Motion of the Debtors for Entry of an Order Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Granting Related Relief [D.I. 6].

    **Related Documents:** None.

    **Responses Received:** None to date.

    **Status:**    This matter is going forward.

19. Motion of the Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Sellers to Lease Certain Nonresidential Real Property to the Purchaser, (III) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, (IV) Approving Bidder Protections, and (V) Granting Other Related Relief [D.I. 23] (CT Sale).

    **Related Documents:**

    A. Notice of (I) Cure Amount with Respect to Executory Contracts and Unexpired Leases Potentially to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Regarding the Private Sale of Certain Assets of CT Transportation, LLC [D.I. 122].

    B. Notice of Auction Relating to CT Sale Motion [D.I. 179].

    **Responses Received:**

    A. Reservation of Rights of Navistar Leasing Company with Respect to Motion of the Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Assets Free and Clear of All Liens, Claims, and Encumbrances and Other Interests, (II) Authorizing the Sellers to Lease Certain Nonresidential Real Property to the Purchaser, (III) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, (IV) Approving Bidder Protections, and (V) Granting Other Related Relief [D.I. 180].

    B. Reservation of Rights of VFS Leasing Co. with Respect to Motion of the Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Assets Free and Clear of All Liens, Claims, and Encumbrances and Other Interests, (II) Authorizing the Sellers to Lease Certain Nonresidential Real Property to the Purchaser, (III) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, (IV) Approving Bidder Protections, and (V) Granting Other Related Relief [D.I. 203].

    **Status:**    This matter is going forward.

20.    Motion of the Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Sellers to Lease Certain Nonresidential Real Property Located in St. Gabriel, Louisiana, Mobile, Alabama, Jacksonville, Florida, Tampa, Florida, Atlanta, Georgia, and Angleton, Texas to the Purchaser, (III) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, (IV) Approving Bidder Protections, and (V) Granting Other Related Relief [D.I. 24] (CTL Sale).

**Related Documents:**

A.    Notice of (I) Cure Amount with Respect to Executory Contracts and Unexpired Leases Potentially to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Regarding the Private Sale of Certain Assets of CTL Transportation, LLC [D.I. 121].

**Responses Received:**

A.    Objection of Qualawash Holdings LLC to Debtors' Notice of Cure Amount with Respect to Executory Contracts and Unexpired Leases Potentially to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Regarding the Private Sale of Certain Assets of CTL Transportation, LLC [D.I. 170].

B.    Limited Objection of Navistar Leasing Company to Motion of the Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Sellers to Lease Certain Nonresidential Real Property Located in St. Gabriel, Louisiana, Mobile, Alabama, Jacksonville, Florida, Tampa, Florida, Atlanta, Georgia, and Angleton, Texas to the Purchaser, (III) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, (IV) Approving Bidder Protections, and (V) Granting Other Related Relief [D.I. 181].

C.    Objection of PNC Equipment Finance, LLC to Debtors' Notice of (I) Cure Amount with Respect to Executory Contracts and Unexpired Leases Potentially to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Regarding the Private Sale of Certain Assets of CTL Transportation, LLC [D.I. 199].

D.    Conditional Objection and Reservations of Rights (filed by CWI Parties) [D.I. 201].

**Status:**    This matter is going forward.

21.    Motion of the Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, (III) Approving Bidder Protections, and (IV) Granting Other Related Relief [D.I. 25] (MCT Sale).

**Related Documents:**

A.     Notice of (I) Cure Amount with Respect to Executory Contracts and Unexpired Leases Potentially to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Regarding the Private Sale of Certain Assets of MCT Transportation, LLC [D.I. 120].

B.     Notice of Filing Amended Asset Purchase Agreement and Revised Proposed Order on MCT Sale Motion [D.I. 169].

**Responses Received:**

A.     Objection of Transport Enterprise Leasing, LLC to Debtors' Notice of (I) Cure Amount with Respect to Executory Contracts and Unexpired Leases Potentially to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Regarding the Private Sale of Certain Assets of MCT Transportation, LLC [D.I. 172].

B.     Limited Objection of Navistar Leasing Company to Motion of the Debtors for Entry of an Order (I) Authorizing the Private Sale of Certain Assets Free and Clear of All Liens, Claims, and Encumbrances and Other Interests, (II) Authorizing the Sellers to Assume and Assign Certain Executory Contracts, (III) Approving Bidder Protections, and (IV) Granting Other Related Relief [D.I. 182].

**Status:**     This matter is going forward.

22.     Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Sell Substantially All of the Assets of CC Transportation, LLC and Commercial Truck and Trailer Sales, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing the Debtors to Sell Certain Real Estate and Improvements Thereon Located in Auburndale, Florida; (III) Authorizing the Debtors to Take All Actions Necessary to Consummate the Private Sale; (IV) Authorizing the Debtors to Assume and Assign Certain Executory Contracts; (V) Approving Bidder Protections; (VI) Approving Settlement; and (VII) Granting Other Related Relief [D.I. 96] (CCC/CTTS Repair Sale).

**Related Documents:**

A.     Notice of (I) Cure Amount with Respect to Executory Contracts and Unexpired Leases Potentially to be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases Regarding the Private Sale of Certain Assets of CCC Transportation, LLC and Commercial Truck and Trailer Sales, Inc. [D.I. 125].

**Responses Received:**

A.     Objection of South State Bank, N.A., f/k/a Centerstate Bank N.A. to Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Sell Substantially All of the Assets of CC Transportation, LLC and Commercial Truck and Trailer Sales,

Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing the Debtors to Sell Certain Real Estate and Improvements Thereon Located in Auburndale, Florida; (III) Authorizing the Debtors to Take All Actions Necessary to Consummate the Private Sale; (IV) Authorizing the Debtors to Assume and Assign Certain Executory Contracts; (V) Approving Bidder Protections; (VI) Approving Settlement; and (VII) Granting Other Related Relief [D.I. 166].

B.     United States Trustee's Objection Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Sell Substantially All of the Assets of CC Transportation, LLC and Commercial Truck and Trailer Sales, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing the Debtors to Sell Certain Real Estate and Improvements Thereon Located in Auburndale, Florida; (III) Authorizing the Debtors to Take All Actions Necessary to Consummate the Private Sale; (IV) Authorizing the Debtors to Assume and Assign Certain Executory Contracts; (V) Approving Bidder Protections; (VI) Approving Settlement; and (VII) Granting Other Related Relief [D.I. 176].

C.     The Official Committee of Unsecured Creditors' Objection to Debtors' Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Sell Substantially All of the Assets of CC Transportation, LLC and Commercial Truck and Trailer Sales, Inc. Free and Clear of All Liens, Claims, Encumbrances and Other Interests; (II) Authorizing the Debtors to Sell Certain Real Estate and Improvements Thereon Located in Auburndale, Florida; (III) Authorizing the Debtors to Take All Actions Necessary to Consummate the Private Sale; (IV) Authorizing the Debtors to Assume and Assign Certain Executory Contracts; (V) Approving Bidder Protections; (VI) Approving Settlement; and (VII) Granting Other Related Relief [D.I. 202].

**Status:**     This matter is going forward.

**PLEASE TAKE FURTHER NOTICE** that all interested parties may appear at the hearing being held on May 19, 2020 at 2:00 p.m. (EDT) by joining the ZoomGov Meeting at https://debuscourts.zoomgov.com/j/1609388467 (Meeting ID: 160 938 8467; Password 074745; Topic: Comcar Industries, Inc. 20-11120 Hearing; Time: June 19, 2020 10:00 AM Eastern Time). Join by SIP: 1609388467@sip.zoomgov.com. All attendants must also dial in through CourtCall (call 866-582-6878 to register).

Dated:  June 17, 2020
        Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 _/s/  Stuart M. Brown_
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Email: stuart.brown@us.dlapiper.com

– and –

Jamila Justine Willis (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: jamila.willis@us.dlapiper.com

*Counsel to the Debtors*